# MINUTE ORDER

Page 3

## Magistrate Judge Enjolique A. Lett

**Atkins Building Courthouse - 10th Floor**   Date: 3/3/25   Time: 1:30 p.m.

| | |
|---|---|
| Defendant: Luis Enrique Veliz Riera | J#: 63815-511   Case #: 25-MJ-2303-ELFENBEIN |
| AUSA: **Kseniya Smychkouskaya** | Attorney: |
| Violation: Possession of a Firearm by an Illegal Alien | Surr/Arrest Date: 03/03/25   YOB: 2001 |
| Proceeding: Initial Appearance | CJA Appt: **Omar Lopez, Esq.** |
| Bond/PTD Held: ☐ Yes ☐ No | Recommended Bond: |
| Bond Set at: **STIP- Pretrial Detention** | Co-signed by: |

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services

☐ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Language: **Spanish**

Disposition:
Defendant advised of rights and charges. Defendant sworn. Defendant Ore Tenus motion to appoint counsel – **GRANTED.** AFPD conflict. CJA Omar Lopez, appointed and present in court to accept appointment.
*Gov't Ore Tenus motion to UNSEAL Case – **GRANTED**. Order to Unseal executed.
*Gov't seeks Pretrial Detention due to risk of flight.
*Parties STIP to Pretrial Detention.
**\*\*\*BRADY ORDER GIVEN\*\*\***

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel:
PTD/Bond Hearing:
**Prelim/Arraign** or Removal: **3/17/25**   **10:00AM**   **DUTY JUDGE**   **MIAMI DUTY**
Status Conference RE:
D.A.R. **14:36:16**   Time in Court: **10 mins**

s/Enjolique A. Lett   Magistrate Judge